# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAXTON MASONRY, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RB GLOBAL, INC.; ROUSE SERVICES LLC; UNITED RENATLS, INC.; SUNBELT RENALS, INC.; HERC RENTALS INC.; HERC HOLDINGS INC.; H&E EQUIPMENT SERVICES, INC., and SUNSTATE EQUIPMENT CO., LLC,<br><br>Defendants. | Case No.<br><br>**[PROPOSED] ORDER RELATING CASES** |

Having considered Plaintiff's Notice of Related Cases and good cause appearing, the Court hereby ORDERS that, pursuant to Local Rule 83-1.2, this action is deemed related to: *Sun Coast Contracting Services, LLC v. RB Global, Inc., et al.*, Case No. 2:25-cv-03565 (C.D. Cal.).

The Clerk shall promptly advise the judges to whom the cases are assigned of the filing of this Order, pursuant to Local Rule 83-1.3.3.

IT IS SO ORDERED.

DATED: _____, 2025